**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA-HUTCHINSON DIVISION**

| | |
|---|---|
| ASHLEY BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 6:17-cv-01025-EFM-GEB |
| ) | |
| NATIONAL CREDIT ADJUSTERS, LLC, ) | |
| ) | |
| Defendants. ) | |

**CLERK'S ORDER GRANTING PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT, NATIONAL CREDIT ADJUSTERS, LLC**

Before the Court is Plaintiff's Request for the Clerk's Entry of Default (Doc. 5) against Defendant, NATIONAL CREDIT ADJUSTERS, LLC.

Upon review the Clerk has determined that the allegations of the application are true; the record reflects that no answer or other defense has been filed by Defendant National Credit Adjusters, LLC; the time for filing such has expired; the Plaintiff should be granted the requested relief; and a Clerk's Entry of Default against Defendant National Credit Adjusters, LLC should be and is hereby entered.

The Clerk of the Court hereby enters default against National Credit Adjusters, LLC.

IT IS SO ENTERED.

Dated this 6th day of March, 2017.

TIMOTHY M. O'BRIEN, Clerk
United States District Court
District of Kansas

  s/    Cindy McKee

Deputy Clerk

1