# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA-HUTCHINSON DIVISION

| | |
|---|---|
| ASHLEY BELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   No. 6:17-cv-01025-EFM-GEB |
| | ) |
| NATIONAL CREDIT ADJUSTERS, LLC, | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ASHLEY BELL, ("Plaintiff"), through her attorney, Molner/Merrigan, LC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NATIONAL CREDIT ADJUSTERS, LLC.

RESPECTFULLY SUBMITTED,

DATED: April 5, 2017            By: /s/Mark D. Molner_____
                                              Mark D. Molner, Esq.
                                              SBN 24493
                                              Molner/Merrigan, LC
                                              111 W 10th Street
                                              Kansas City, MO 64105
                                              T (816) 200-2572
                                              F (816) 326-0930
                                              mark@molnermerrigan.com

## **CERTIFICATE OF SERVICE**

On April 5, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Nick Moore, at nmoore@ncaks.com.

By: /s/Mark D. Molner_____
Mark D. Molner, Esq.